# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Daniel P. | Bankruptcy Court Arizona | 02/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

230 N. 1st Avenue, Suite 603
Phoenix, Arizona 85003

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Arizona Law School Board of Visitors |
| 2. Board of Directors | American Bankruptcy Institute |
| 3. Board of Governors | National Conference of Bankruptcy Judges |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2019 | Mountain View Family Physicians, PLLC - K-1 income from medical practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bankruptcy Institute | 04/10/2019 to 04/14/2019 | Washington, D.C. | Speaker at Annual Spring Meeting | Transportation, lodging and meals. |
| 2. | California Bankruptcy Forum | 05/16/2019 to 05/19/2019 | Rancho Mirage, CA | Speaker at 31st Annual California Bankruptcy Forum Insolvency Conference | Transportation, lodging and meals. |
| 3. | American Bankruptcy Institute | 09/05/2019 to 09/07/2019 | Las Vegas, NV | Speaker at Southwest Bankruptcy Conference | Transportation, lodging and meals. |
| 4. | American Bankruptcy Institute | 10/06/2019 to 10/08/2019 | Washington, D.C. | ABI Board Responsibilities (Executive Search - Initial Interviews) | Transportation, lodging and meals. |

| 5. | American Bankruptcy Institute | 10/27/2019 to 10/28/2019 | Washington, D.C. | ABI Board Responsibilities (Executive Search - Final Interviews) | Transportation, lodging and meals. |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 10/29/2019 to 11/02/2019 | Washington, D.C. | Speaker at 2019 Annual Conference | Transportation and lodging. |
| 7. | National Conference of Bankruptcy Judges | 11/11/2019 to 11/13/2019 | Indianapolis, IN | 2021 Conference Site Visit | Transportation, lodging and meals. |
| 8. | American Bankruptcy Institute | 12/05/2019 to 12/07/2019 | Ranchos Palos Verdes, CA | Speaker at Winter Leadership Conference | Transportation, lodging and meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 02/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. University of Southern California | College Tuition | K |
| 2. Santa Clara University | College Tuition | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Mountain View Family Physicians, PLLC -- Medical Practice | | None | J | W | | | | | |
| 2. | 401K #1 | | | | | | | | | |
| 3. | -- Oppenheimer Funds-Cash Reserves | A | Int./Div. | K | T | Sold (part) | 09/30/19 | L | | |
| 4. | --Oppenheimer Funds-Discovery Fund | E | Int./Div. | M | T | | | | | |
| 5. | --Oppenheimer Funds-Small and MidCap Value Fund | D | Int./Div. | L | T | | | | | |
| 6. | --Oppenheimer Funds-International Diversified Fund | E | Int./Div. | L | T | | | | | |
| 7. | --Oppenheimer Funds-Capital Income Fund | E | Int./Div. | N | T | | | | | |
| 8. | --Oppenheimer Funds-Global Fund | D | Int./Div. | K | T | | | | | |
| 9. | --Global Opportunities Fund | A | Int./Div. | K | T | Sold (part) | 09/04/19 | L | | |
| 10. | --Discovery Mid Cap Growth Fund | E | Int./Div. | L | T | | | | | |
| 11. | --Main Street Fund | E | Int./Div. | M | T | | | | | |
| 12. | --Total Return Bond Fund R | B | Int./Div. | K | T | | | | | |
| 13. | 401K #2 | | | | | | | | | |
| 14. | --Vanguard Federal Money Market Fund | B | Int./Div. | K | T | | | | | |
| 15. | --Voya Intermediate Bond Fund - R6 | E | Int./Div. | M | T | | | | | |
| 16. | --DFA Inflation Protected Securities Portfolio Inst | D | Int./Div. | L | T | | | | | |
| 17. | --Vanguard STAR-Inv | F | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | --Vanguard Value Index Fund - Admiral | E | Int./Div. | L | T | | | | | |
| 19. | Allianz--Bonus Dex Annuity; 3% Fixed | A | Int./Div. | K | T | | | | | |
| 20. | Allianz--Accumulator Bonus Maxx Annuity;<br>3% Fixed | B | Int./Div. | K | T | | | | | |
| 21. | IRA #1 | | | | | | | | | |
| 22. | --Flexinsured Account | A | Int./Div. | M | T | | | | | |
| 23. | IRA #4 | | | | | | | | | |
| 24. | --Vanguard - WellingtonAdmiral Fund | E | Int./Div. | M | T | | | | | |
| 25. | --Vanguard - Windsor II Admiral Fund | E | Int./Div. | M | T | | | | | |
| 26. | IRA #5 | | | | | | | | | |
| 27. | --Vanguard-Wellington Admiral Fund | E | Int./Div. | M | T | | | | | |
| 28. | --Vanguard - Windsor II Admiral Fund | E | Int./Div. | L | T | | | | | |
| 29. | Athene -- Retirement Annuity; 2% Fixed | A | None | K | T | | | | | |
| 30. | JP Morgan Chase Bank - savings and<br>checkings accounts | A | Interest | L | T | | | | | |
| 31. | Janus Fund - | A | Int./Div. | L | T | Sold<br>(part) | 12/31/19 | L | | |
| 32. | Vanguard - 500 Index Fund - MJC | | None | | | Sold | 01/11/19 | K | | |
| 33. | Vanguard 529 Plan - AMC | | | | | | | | | |
| 34. | --Mid-Cap Index | D | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 02/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Small-Cap Index | D | Int./Div. | L | T | | | | | |
| 36.   --Total International Stock Index | C | Int./Div. | K | T | | | | | |
| 37.   --Value Index | D | Int./Div. | K | T | | | | | |
| 38.   Vanguard 529 Plan - MJC | | | | | | | | | |
| 39.   --Aggress Growth | A | Int./Div. | M | T | | | | | |
| 40.   --Small-Cap Index | A | Int./Div. | M | T | | | | | |
| 41.   --Total International Stock Index | D | Int./Div. | K | T | | | | | |
| 42.   American Funds | | | | | | | | | |
| 43.   --Growth Fund of America 529C-KVC | B | Int./Div. | L | T | | | | | |
| 44.   --Growth Fund of America 529C - AMC | B | Int./Div. | L | T | | | | | |
| 45.   Fidelity -- AZ Aggressive Growth - AMC | | None | | | Sold | 04/08/19 | K | | |
| 46.   IRA #6 | | | | | | | | | |
| 47.   Apple Inc, 2% Fixed | A | Int./Div. | K | T | Buy | 10/18/19 | K | | |
| 48.   Deere John Cap Corp Med Term, 1.95% Fixed | A | Int./Div. | K | T | Buy | 10/18/19 | K | | |
| 49.   Gilead Sciences Inc, 2.5% Fixed | A | Int./Div. | K | T | Buy | 10/18/19 | K | | |
| 50.   Peco Energy Co, 1.7% Fixed | A | Int./Div. | K | T | Buy | 10/18/19 | K | | |
| 51.   UnitedHealth Group Inc, 2.375% Fixed | A | Int./Div. | K | T | Buy | 10/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, 401K #1, lines 2-12, Oppenheimer Funds became part of Invesco on 05/25/19.

Part VII, line 3, 401K #1, Oppenheimer Funds-Cash Reserves sold $100,000 on 09/30/2019 to fund the purchase of Apple Inc ($20,000) (line 47), Deere John Cap Corp Med Term ($20,000) (line 48), Gilead Sciences Inc ($20,000) (line 49), Peco Energy Co ($20,000) (line 50), and UnitedHealth Group Inc ($20,000) (line 51).

Part VII, line 9, 401K #1, Oppenheimer Funds--Global Opportunities Fund transferred $100,000 to Oppenheimer Funds-Cash Reserves (line 3) on 09/04/19.

Part VII, line 31, Janus Fund, a portion was sold on 01/11/2019.

Part VII, line 32, Vanguard-500 Index Fund - MJC was sold on January 11, 2019.

Part VII, line 45, Fidelity -- AZ Aggressive Growth - AMC was sold on 04/08/19.

Part VII, line 47, IRA #6, Apple Inc was funded on 10/18/19 from Oppenheimer Funds-Cash Reserves (line 3).

Part VII, line 48, IRA #6, Deere John Cap Corp MEd Term was funded on 10/18/19 from Oppenheimer Funds-Cash Reserves (line 3).

Part VII, line 49, IRA #6, Gilead Sciences Inc was funded on 10/18/19 from Oppenheimer Funds-Cash Reserves (line 3).

Part VII, line 50, IRA #6, Peco Energy Co was funded on 10/18/18 from Oppenheimer Funds-Cash Reserves (line 3).

Part VII, line 51, IRA #6, UnitedHealth Group Inc was funded on 10/18/18 from Oppenheimer Funds-Cash Reserves (line 3).

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 02/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544